■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT F. ROBINSON, Appellant.— Motion granted to prosecute appeal on original papers, typewritten or handwritten briefs, otherwise denied. Memorandum: It appears that there are no papers in this proceeding that the petitioner does not have in order to raise any points that may be before this court in this so-called *coram nobis* proceeding. Therefore an attorney is not assigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. LIPARI, Appellant.— Motion granted to extent that appeal may be prosecuted on original papers, five copies of typewritten brief, otherwise denied. Counsel is not assigned as it appears that appellant has counsel of his own choice.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LEWIS FERGUSON, Appellant.— Motion granted to prosecute appeal on original papers, five copies of typewritten brief, and Charles E. Ennis, Esq., of Lyons, assigned as counsel, and time for argument of appeal enlarged to include February 1961 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL HILAIRE, Also Known as PAUL ST. HILLAIRE, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FERRIS, Appellant.— Motion granted to prosecute appeal on one certified copy of judgment roll and typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. LOUIS FERRIS and JOSEPH LEVIN, Appellants.— Motion granted and time for argument of appeal enlarged to include March 1961 Term on condition that appellants' brief is filed and served on or before February 20, 1961. Respondent directed to file brief on or before March 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK S. KNOWLES, Appellant.— Motion granted and time for argument of appeal enlarged to include February 1961 Term on condition that appellant's brief is filed and served on or before January 23, 1961. Respondent directed to file brief on or before February 2, 1961. (Order entered Jan. 9, 1961.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY LIPSITZ et al., Appellants.— Motion granted and time for argument of appeal enlarged to include March 1961 Term on condition that appellants' brief is filed and served on or before February 20, 1961. Respondent directed to file on or before March 16, 1961. Order of substitution of attorneys entered.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, ·v. WILLIAM P. MELSKI, Appellant.— Motion granted and time for filing respondent's brief extended to and including January 4, 1961.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL EDELSON, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT MARR, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLACE E. ROEBUCK, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — [In each proceeding] Motion for leave to prosecute appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PERRY E. WILLIAMS, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to reargue motion to prosecute as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SARDO, Appellant.— Reargument of motion to prosecute appeal as a poor person granted, and upon reargument motion granted to prosecute appeal on original papers, five typewritten briefs, and John J. Appel II, Rochester, N. Y., assigned as counsel.